1  Etan Z. Lorant, Esq., SBN: 108820
   LAW OFFICES OF ETAN Z. LORANT
2  5850 Canoga Avenue, Suite 400
   Woodland Hills, CA 91367
3  (818) 990-3990

4

5  Attorneys for Plaintiff,
   J.W., A Minor, through her Guardian Ad Litem, MARK WILSON
6

7

8
                 UNITED STATES DISTRICT COURT
9
                 CENTRAL DISTRICT OF CALIFORNIA
10

11 J.W. A Minor, through her Guardian    )   CASE: CV 07-06191
   Ad Litem, MARK WILSON                 )         GPS(SHx)
12                                       )
           Plaintiffs,                   )   **PLAINTIFF'S OPPOSITION
13                                       )   TO DEFENDANT CITY OF
                                         )   OXNARD MOTION IN
14                                       )   LIMINE NO. 7**
                                         )
15                                       )
   vs.                                   )
16                                       )
   CITY OF OXNARD, MARTIN POLO,          )   **Date: September 22, 2008**
17 and DOES 1 through 10, Inclusive,     )   **Time: 11:00 a.m.**
                                         )   **Courtroom: "7"**
18                                       )
                                         )
19         Defendants.                   )   **The Honorable Judge**
                                         )   **George P. Schiavelli**
20                                       )
                                         )
21                                       )
                                         )
22 ─────────────────────────────────────
23 \\\
24 \\\
25 \\\
26
27 \\\
28 \\\

-1-

**PLAINTIFF'S OPPOSITION TO DEFENDANT**        CASE# CV 07-06191 GPS(SHx)
**CITY OF OXNARD MOTION IN LIMINE NO. 7**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

Plaintiff J.W. was a 12-year-old minor at the time of the underlying incident herein. She was *sexually assaulted and raped* by Defendant Officer POLO in the "Beat 21" Substation/ Storefront of the Oxnard Police Department on August 15, 2006 in the afternoon hours.

The child had called Officer Polo for assistance, and Officer POLO improperly picked her near her mother's house, and drove her to the isolated and unmanned Beat 21 Substation/Storefront at the early afternoon hours of August 15, 2006. At first, Defendant Officer POLO, offered the child money to engage in sex with him, and when the minor refused, he proceeded to sexually force himself on her in the backroom of said Substation.

Plaintiff J.W. also alleges that Defendant City of Oxnard failed to properly supervise, train and discipline Officer POLO prior to the incident, and that some Officers of Defendant City of Oxnard who had access to the Beat 21 Substation were in the habit, custom and practice of using the isolated Substation, and in particular the private backroom, for sexual activities.

Although Defendants deny J.W.'s allegations, there are numerous indications and evidence that support her claim.

-2-

PLAINTIFF'S OPPOSITION TO DEFENDANT            CASE# CV 07-06191 GPS(SHx)
CITY OF OXNARD MOTION IN LIMINE NO. 7

## II.

## DEFENDANTS ARE OPPOSING PLAINTIFF'S MOTION IN LIMINE NO. 7. IF DEFENDANTS BELIEVE THAT EVIDENCE OF PLAINTIFF'S DRUG AND/OR ALCOHOL USE IS RELEVANT AND ADMISSIBLE, SO WOULD DEFENDANT POLO'S MARIJUANA USE

Defendants are opposing Plaintiff's motion in limine no. 7 to exclude her use of drugs and/or alcohol consumption. If they believe that her use of drugs and/or alcohol consumption is relevant and admissible to defend their case, then so too is any evidence of marijuana use by Defendant Polo. The rules of evidence should obviously apply to both parties and not just one party upon need.

Furthermore, Officer Police Polo's use of marijuana shows evidence of habit and custom of being disrespectful toward the law, and as such is highly probative. Federal Rules of Evidence 406.

## III.

## CONCLUSION

Based upon the foregoing defense motion in limine should be denied.

DATED: September 5, 2008        LAW OFFICES OF ETAN Z. LORANT

By: _____
ETAN Z. LORANT, ESQ.
Attorneys for Plaintiff,
J.W., A Minor, through her Guardian
Ad Litem, MARK WILSON

-3-