1  Etan Z. Lorant, Esq., SBN: 108820
   LAW OFFICES OF ETAN Z. LORANT
2  17525 Ventura Boulevard, Suite 201
   Encino, California 91316
3  (818) 990-3990

4

5  Attorneys for Plaintiff,
   J.W., A Minor, through her Guardian Ad Litem, MARK WILSON
6

7

8                  UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10

11 J.W. A Minor, through her Guardian    )   CASE: CV 07-06191
   Ad Litem, MARK WILSON                 )         GPS(SHx)
12                                        )
              Plaintiffs,                 )
13                                        )   DECLARATION OF
                                          )   ETAN Z. LORANT, ESQ.
14                                        )   IN SUPPORT OF
                                          )   OPPOSITIONS TO
15                                        )   MOTIONS IN LIMINE
                                          )
16 vs.                                    )
                                          )
17 CITY OF OXNARD, MARTIN POLO,           )   Date: September 22, 2008
   and DOES 1 through 10,Inclusive,       )   Time: 11:00 a.m.
18                                        )   Courtroom: "7"
                                          )
19                                        )
              Defendants.                 )   The Honorable Judge
20                                        )   George P. Schiavelli
                                          )
21                                        )
                                          )
22                                        )
   _____   )
23

24 \\\

25 \\\

26
27 \\\

28 \\\
                              -1-

DECLARATION OF ETAN Z. LORANT, ESQ.        CASE#  CV 07-06191 GPS(SHx)
IN SUPPORT OF OPPOSITIONS TO MOTIONS
IN LIMINE

## DECLARATION OF ETAN Z. LORANT

I, Etan Z. Lorant, declare that:

1.  I am an attorney, duly licensed to practice before all of the courts in the State of California, and in the United States District Court, Central District, and am the attorney of record for the Plaintiff in the above-entitled action.

2.  This declaration is made in support of Plaintiff's Oppositions to Defendants' Motions in Limine relating to the above-entitled action.

3.  All the attachments and exhibits to Plaintiff's Oppositions to Defendants' Motions in Limine relating to the above-entitled action are true and correct copies of their originals, and are true and correct copies of deposition transcripts or pleadings.

I declare under penalty of perjury and under oath that the foregoing is true and correct. Executed on September 5, 2008 at Los Angeles, California.

ETAN Z. LORANT, ESQ.

-2-

**DECLARATION OF ETAN Z. LORANT, ESQ.**            **CASE#  CV 07-06191 GPS(SHx)**
**IN SUPPORT OF OPPOSITIONS TO MOTIONS**
**IN LIMINE**