1  Etan Z. Lorant, Esq., SBN: 108820
   LAW OFFICES OF ETAN Z. LORANT
2  5850 Canoga Avenue, Suite 400
   Woodland Hills, CA 91367
3  (818) 990-3990

4

5  Attorneys for Plaintiff,
   J.W., A Minor, through her Guardian Ad Litem, MARK WILSON
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  J.W. A Minor, through her Guardian      )    CASE: CV 07-06191
    Ad Litem, MARK WILSON                   )         GPS(SHx)
12                                          )
              Plaintiffs,                   )    PLAINTIFF'S OPPOSITION
13                                          )    TO DEFENDANT MARTIN
                                            )    POLO'S MOTION IN
14                                          )    LIMINE NO. 4
                                            )
15                                          )
    vs.                                     )
16                                          )
    CITY OF OXNARD, MARTIN POLO,            )    Date: September 22, 2008
17  and DOES 1 through 10,Inclusive,        )    Time: 11:00 a.m.
                                            )    Courtroom: "7"
18                                          )
                                            )
19            Defendants.                   )    The Honorable Judge
                                            )    George P. Schiavelli
20                                          )
                                            )
21                                          )
                                            )
22  ————————————————————————————)

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\
                            -1-

PLAINTIFF'S OPPOSITION TO DEFENDANT      CASE# CV 07-06191 GPS(SHx)
MARTIN POLO'S MOTION IN LIMINE NO. 4

# MEMORANDUM OF POINTS AND AUTHORITIES

# I.

# INTRODUCTION

Plaintiff J.W. was a12-year-old minor at the time of the underlying incident herein. She was *sexually assaulted and raped* by Defendant Officer POLO in the "Beat 21" Substation/ Storefront of the Oxnard Police Department on August 15, 2006 in the afternoon hours.

The child had called Officer Polo for assistance, and Officer POLO improperly picked her near her mother's house, and drove her to the isolated and unmanned Beat 21 Substation/Storefront at the early afternoon hours of August 15, 2006.  At first, Defendant Officer POLO, offered the child money to engage in sex with him, and when the minor refused, he proceeded to sexually force himself on her in the backroom of said Substation.

Plaintiff J.W. also alleges that Defendant City of Oxnard failed to properly supervise, train and discipline Officer POLO prior to the incident, and that some Officers of Defendant City of Oxnard who had access to the Beat 21 Substation were in the habit, custom and practice of using the isolated Substation, and in particular the private backroom, for sexual activities.

Although Defendants deny J.W.'s allegations, there are numerous indications and evidence that support her allegations.

-2-

## II.

## PLAINTIFF PROPERLY DESIGNATED MARIA T. LYMBERIS, M.D.,

## AS A REBUTTAL EXPERT PRURSUANT TO FRCP 26(a)(2)(C)

Plaintiff timely designated Maria T. Lymberis, M.D., as a *rebuttal* expert pursuant to Federal Rules of Civil Procedure 26(a)(2)(C).  Please see Exhibit "A" attached herewith, a true and correct copy of Plaintiff's Designation is attached herewith.

Defendants designated Dr. Stephan Wilson as their psychiatric expert. In his Rule 26 Report, attached herewith a true and correct copy of the Report as Exhibit "B", Dr. Wilson opined as follows:

1. The opinions Dr. Wilson's April 8, 2008 report (a true and correct copy is attached herewith as Exhibit "C") were incorporated to his Rule 26 report. These April 8, 2008 opinions included <u>detailed </u>discussions of the following topics: Plaintiff's "history of circumstances as presented by J.W.", "Sexual History", "History of Running Away", "Psychiatric History", "Placement History", "Subsequent Medical Care", "Family History of Emotional Disorders", "Developmental History", "Background Information", "Educational History", "Past Medical History", "Current Habits", "Drug History", "Juvenile Criminal History", "Psychological Testing", "Psychiatric Interview and Mental Status Examination " discussing Plaintiff's

**PLAINTIFF'S OPPOSITION TO DEFENDANT**     **CASE# CV 07-06191 GPS(SHx)**
**MARTIN POLO'S MOTION IN LIMINE NO. 4**

appearance, orientation and speech, memory, attention, and concentration, thought, perception, judgment and intellect, insight, mood and affect, and "Diagnosis".

Also in Dr. Wilson's Rule 26 Report he continues with his discussions as follows:

2. Plaintiff is an "unreliable historian and is known to lie, distort and exaggerate"

3. Plaintiff is "manipulative and blames others for her difficulties

4. Plaintiff is an "unreliable historian"

5. Discussion regarding Plaintiff's "denial of sexual abuse"

6. Discussion regarding "DNA reports"

7. Discussion regarding "current mental status"

8. Discussion regarding "onset of psychological impairment"

Contrary to defense argument, Plaintiff's expert Dr. Lymberis directly rebutted Dr. Wilson's opinions in her Rule 26 Report (Exhibit "A"). For example, in section 'VIII' of Dr. Lyberis's psychiatric opinions, Dr. Lyberis discussed in her part no. 1 the "Issue of reliability and credibility of Plaintiff JW before the rape by police officer on 8/15/08" (sic) Her opinion is offered to rebut the opinion Dr. Wilson expressed in nos. 2 and 4 of his Rule 26 Report (Plaintiff is an "unreliable

-4-

historian and is known to lie, distort and exaggerate" and is an "unreliable historian").

In her Rule 26 Report, Section VII, past no. 2, Dr. Lyberis discussed Plaintiff' reliability and credibility in "Issues regarding JW's sexual abuse by police officer on 8/15/06" which rebuts Dr. Wilson's discussion in nos. 2, 3, 4 and 5 (regarding JW's reliability, manipulation and denial of sexual abuse).

Dr. Wilson opined in various ways under several headings that Plaintiff is a liar, is lying regarding her rape, and her failure to disclose her rape is 'highly out of the ordinary' (Wilson's Report, no. 5). Dr. Lyberis rebutted that opinion in Section VII (2) by stating that: "It is normative for victims of sexual abuse to deny and have great difficulty disclose their abuse", "My opinion that JW is credible is based on a number of factors", "In all the records I reviewed JW's story is consistently clear and the same with no fabrications, elaborations or exaggerations" and in VII (1): "I do not consider JW to be a social deviant or psychopath who lies and fabricates. All evidence indicates she is reliable and credible historian **provided** she is in a safe, supportive, trustworthy environment."

Dr. Lymberis also rebutted Dr. Wilson when she discussed Plaintiff's psychiatric problems, psychiatric history and current status in Section VII (d) in opposition to Dr. Wilson's opinions in his Report, nos. 1 (April 8, 2008 report), 7, 8. For example, Dr. Wilson stated that "From this I conclude that she is capable of

-5-

functioning at her academic level". Dr. Lyberis rebutted in VII (d) that "She cannot

be expected to function independently any time soon because of high risk of

relapse …" and that "The resultant severe psychiatric condition compromised her

overall function including her cognitive function and made it impossible for her to

utilize consistently and effectively her superior intellectual abilities in an adaptive

and constructive manner."

Dr. Wilson claimed in no. 8 that: "It is my opinion this is clear data

identifying that her psychological impairment predated the alleged 8/14/06

molestation by Officer Polo." Dr. Lyberis rebutted in VII (d) that: "Her experience

with the police officer on 8/15/06 profoundly aggravated her psychiatric problems

and lead to a severe disorganization that rendered her gravely disabled."

Another example is when Dr. Wilson opined in his Report in no. 8 that: "It is

my opinion that her **sexual acting out**, use of drugs, poor academic performance

and repeated runaways are indicative of an ever-worsening emotional condition

identified by her parents at least as far back as the second grade (7-8 years of

age)." (Emphasis added). Dr. Lymberis rebutted Dr. Wilson in her Report when

she stated: "**JW's behavior following the rape of 8/15/06 severely deteriorated**

**with a dramatic escalation into indiscriminate sexual acting out** behavior with

multiple rape incidents. These were re enactments and an expression of her

traumatic abuse …" Dr. Lymberis directly responds to Dr. Wilson's claim that the

-6-

---

**PLAINTIFF'S OPPOSITION TO DEFENDANT**     **CASE#  CV 07-06191 GPS(SHx)**
**MARTIN POLO'S MOTION IN LIMINE NO. 4**

sexual acting out began in the second grade by specifically staings that the sexual

acting out was as *a result of the underlying 8/15/06 rape* by POLO.

Other examples of rebuttal by Dr. Lyberis exist and are too numerous to list

here, but the Rule 26 Reports speak for themselves and a review of them quickly

shows that Dr. Lyberis is giving rebuttal opinions to Dr. Wilson's opinions.

Simply put, Dr. Wilson gave an <u>extensive</u> Rule 26 report regarding all

aspects of Plaintiff's psychiatry, personality, history, credibility, mood, status and

needs. Dr. Lymberis merely rebutted his extensive opinions. For each fact stated in

Dr. Lyberis report there is a counter and opposite point expressed by Dr. Wilson.

Defendants wish to protect their expert from being rebutted. Fortunately for the

young Plaintiff, she has a full right under FRCP 26(a)(2)(C) to rebut Dr. Wilson's

opinions, and Defendants cannot prejudice her by attempting to exclude Dr.

Lyberis from testifying.

## III.

## PLAINTIFF CAN CALL JW'S TREATING PHYSICIANS

## AS REBUTTAL EXPERT WITNESSES

Plaintiff timely and properly designated Plaintiff's treating physicians and/or

health care providers as rebuttal expert witnesses (See Exhibit "A"). Counsel for

Plaintiff anticipates that at least one of JW's physicians would testify in rebuttal to

Dr. Wilson's opinions based upon his own examination and treatment of J.W.

**PLAINTIFF'S OPPOSITION TO DEFENDANT      CASE# CV 07-06191 GPS(SHx)**
**MARTIN POLO'S MOTION IN LIMINE NO. 4**

Specifically, when asked if its true that some minors do not report their rape as soon as it happens, Dr. Ronald Sager, JW's treating psychiatrist testified referring to JW in his deposition that: "Correct. .." (See attached as Exhibit "D" are true and correct copies of relevant pages from Dr. Sager's deposition transcript, pages 1, and 36-37).

When Dr. sager was asked: "The question is, in your experience as a doctor, if a 12 year old minor does not report immediately that something happened, that she was raped, and she waits two or three weeks and tells her mother something bad happened with somebody, and then later on she reports it to somebody else saying "somebody did something bad to me," that would not be an abnormal situation; is that correct?" Dr. sager responded: "It's common, let's say, not to report it. ..." (See Exhibit "D").

Plaintiff J.W. clearly has the right to use her treating physician's testimony in rebuttal to Dr. Wilson's opinion that lack of reporting is 'highly out of the ordinary'.

\\\

\\\

\\\

\\\

\\\

-8-

## IV.

## CONCLUSION

Based upon the foregoing defense motion in limine should be denied in its entirety.


DATED: September 5, 2008          LAW OFFICES OF ETAN Z. LORANT


By: _____
ETAN Z. LORANT, ESQ.
Attorneys for Plaintiff,
J.W. , A Minor, through her Guardian
Ad Litem, MARK WILSON

-9-

# EXHIBIT "A"

1  Etan Z. Lorant, Esq., SBN: 108820
   LAW OFFICES OF ETAN Z. LORANT
2  17525 Ventura Boulevard, Suite 201
   Encino, California 91316
3  (818) 990-3990

4

5  Attorneys for Plaintiff,
   J.W., A Minor, through her Guardian Ad Litem, MARK WILSON
6

7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 J.W. A Minor, through her Guardian        )   CASE NO.: CV 07-06191
   Ad Litem, MARK WILSON                     )        GPS(SHx)
12                                           )
              Plaintiffs,                    )
13                                           )   PLAINTIFF'S
                                             )   DESIGNATION OF
14 vs.                                       )   EXPERT WITNESSES
                                             )   PURSUANT TO
15 CITY OF OXNARD, MARTIN POLO,              )   FRCP 26(a)(2)(C)
   and DOES 1 through 10,Inclusive,          )
16                                           )   Pre-Trial Conference: 9/22/08
                                             )   Trial: 10/14/2008
17            Defendants.                    )
                                             )
18                                           )
                                             )
19                                           )
                                             )
20 ─────────────────────────────────────────

21      TO EACH PARTY AND EACH ATTORNEY OF RECORD IN THIS

22 ACTION:

23      Plaintiff J.W., A Minor, through her Guardian Ad Litem, MARK WILSON,

24 hereby identifies the following individuals who will be called to testify as rebuttal

25

26 expert witnesses at the trial of this action pursuant to Federal Rules of Civil

27 Procedure Rule 26(a)(2)(C):

28
                                     -1-

PLAINTIFF'S DESIGNATION OF            CASE NO.: CV 07-06191 GPS(SHx)
EXPERT WITNESSES PURSUANT
TO FRCP 26(a)(2)(C)

RETAINED EXPERTS

1. Maria T. Lymberis, M.D., F.A.P.A., 1500 Montana Avenue #204, Santa Monica, CA 90403, Telephone (310) 451-3152, Fax: (310) 454-1039

2. Roger A. Clark, 10207 Molino Road, Santee, CA 92071, Telephone: (208) 351-2458, Fax: (619) 258-0045

TREATING HEALTH CARE PROVIDERS

3. Ronald D. Sager, M.D., 16311 Ventura Blvd. #1050, Encino, CA 91436 (818) 783-3835

4. Robin Weiner, M.D., 4010 S. Highland Drive #02, Salt Lake City, Utah 84124 (435) 425-2234

5. Diane Jackson, C/O Youth Care,  P.O. Box 909, Draper, Utah 84020 Telephone (801) 572-6989

6. Steven S. Ruths, M.D. 1304 E. Main street, Suite "D", Ventura, CA 93001

DNA EXPERT

7. Kelly Brockhohn, Crime Scene Technologies, 11125 Flintkote Avenue, Suite A, san Diego, CA 92121, (858) 550-1700; 3950 Mahalia Avenue #G22, San Diego, CA 92122, (571) 331-3632

Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(2)(C), Plaintiff attach hereto a copy of the written report prepared by the *retained expert*, Maria T. Lymberis, M.D., F.A.P.A., and the resume of *retained expert* Roger A. Clark

DATED: August 14, 2008                    LAW OFFICES OF ETAN Z. LORANT

By: _____
ETAN Z. LORANT, ESQ.
Attorneys for Plaintiff,
J.W. , A Minor, through her Guardian
Ad Litem, MARK WILSON

-2-

**_Maria T. Lymberis, M.D., D.L.F.A.P.A._**
**_1500 Montana Ave., #204 / Santa Monica, CA 90403_**
**_(310) 451 3152_**
**_Fax: (310) 454 1039_**
**_E-Mail: maria@lymberis.com_**

# Rule 26 Report

### Re:  J.W v. City of Oxnard

### (I)    Professional Qualifications

I am a licensed medical doctor in the state of California.  I am a Clinical Professor of Psychiatry at UCLA and certified by the American Board of Neurology and Psychiatry in both Psychiatry and Child & Adolescent Psychiatry.  I have been in full-time solo private practice in Los Angeles, California specializing in adult, child and adolescent psychiatry, psychoanalysis and psychotherapy continuously since 1970.  In addition to my full-time clinical practice, I have been professionally active as follows:

Starting in 1978, I have been involved In the practice of forensic psychiatry as follows:  I am an expert consultant for the Medical Board of California with special expertise in the area of Sexual Misconduct and a senior consultant in both the evaluation of physicians as to their psychiatric status and fitness for practice and in the review of psychiatrists practice through the review of cases submitted by the Medical Board to ensure that the psychiatric care provided to the involved patient is within the standard of care.  In addition to my work for the Medical Board, I have been involved in psychiatric peer review. In the 1970's I was a peer reviewer in the American Psychiatric Association's Peer Review program.  Starting in the 1980's to 2007, I have been an expert peer reviewer in the Medicare program, (currently administered by LUMETRA).  In addition, since the 1980's, I am one of the Physician Expert Reviewers for my medical malpractice insurance, CAP-MPT.  I also serve as a member of the CAP-MPT Education Committee involved in developing programs for the prevention of psychiatric malpractice and as a psychiatric expert reviewer in psychiatric malpractice cases handled by CAP-MPT.

Since 1986 I have testified as a psychiatric expert for both defense and plaintiff in numerous psychiatric malpractice cases not connected with my malpractice insurance.  I have served as a psychiatric expert in a limited number of criminal cases primarily involving adolescents and in several divorce and child custody cases as well as in numerous sexual misconduct and sexual harassment civil cases.

## (II)  Education and Professional Training

I attended Rutgers University, Douglass College from where I graduated in 1960 with a BA in philosophy and pre-med.  In 1964, I graduated from USC School of Medicine. I completed a one-year medical Internship at Mount Sinai Hospital in Los Angeles, CA, followed by a year of Neurology Residency at Mount Sinai Hospital in New York City; and completed my psychiatric residency at Albert Einstein Bronx Municipal Hospital in New York City in 1968.  I completed my Child and Adolescent Psychiatric Fellowship from UCLA NPI in 1970 and graduated from the Los Angeles Psychoanalytic Institute in 1978.

Since the 1970s I have been involved in psychiatric education.  I am a Clinical Professor of Psychiatry at UCLA where I have been involved in teaching child psychiatry fellows and psychiatric residents since 1970.  In addition, I was Senior Faculty and taught from 1978-2000, psychoanalysis at the Los Angeles Psychoanalytic Institute. Since 1978 to the present, I have been teaching at the Graduate Center for Child Development and Psychotherapy, where I am a member of the Board and Senior Faculty.  I have been teaching psychiatric and medical ethics to countless medical organizations, hospitals and teaching institutes and professional meetings, both in the US and abroad.  In addition to ethics, my teaching focuses specifically on child and adolescent development, the impact of divorce on children and adolescents, on the treatment of depression with combined pharmacotherapy with psychotherapy (especially in women, children & adolescents) as well as in dynamic psychotherapy (individual, family and children/adolescents). For a complete listing of my teaching and publications see my attached CV.

## (III) Psychiatric Leadership Involvement:

Since the 1970's I have been involved in my profession as well as in other medical and mental health organizations (see my CV) and have held numerous positions of leadership.  I have chaired numerous committees, both locally and nationally. I have held many elected

offices (both locally and nationally) including President of Southern California Psychiatric Society (SCPS), Trustee at Large of the American Psychiatric Association (APA) and Treasurer of the APA, to just mention the pertinent ones. From 2000 to 2006, I chaired the Investment Oversight Committee of the APA and since 2006 the Elections Committee of the APA.  Currently I am a Delegate from the Los Angeles California Medical Association to the California Medical Association's House of Delegates. In addition, I am President of the Psychiatric Education and Research Foundation, (PER), which was established by SCPS, and I am Acting Director of the Hellenic American Psychiatric Association, which I founded in 1999 and served as its first President (1999-2001).  I served as Chair of the APA Ethics Subcommittee on the Education of Psychiatrists on Ethical Issues in the 1990s and as a member in the Ethics Committee of several other medical, psychiatric and mental health professional organizations. Among these are Los Angeles Psychoanalytic Society & Institute, the American Academy of Psychiatry and the Law, the Los Angeles County Medical Association and the California Medical Association. I served in the California Senate Task Force on Psychotherapist Patient Sexual involvement in 1987 representing the psychiatric profession. I have been lecturing since the 1980s on Medical Ethics with special emphasis on Sexual Harassment & Misconduct in Medicine & Psychiatry.

My work has been recognized by the American Psychiatric Association, where I was elected Distinguished Life Fellow and by the American College of Psychiatrists where I was elected Fellow. I am also the recipient of other honors as noted in my CV

On the basis of my education, training, professional experience in both practice and teaching, I am qualified to render psychiatric expert opinions under oath regarding the medical-psychiatric condition of the plaintiff: J.W. in the J.W. v. City of Oxnard Case

## (IV) Compensation as an Expert in this case

My hourly fee for examination and consultation is **$600.00 per hour** and for record review is **$400.00** per hour **with a $4,000.00 retainer.** The fee for testimony by deposition or court appearance is **$3,000.00 per half-day** and **$6,000.00 per full day** with **a minimum of half day ($3,000.00), paid in advance at the time of scheduling.**  Once an examination or deposition is scheduled, there will be a cancellation charge for the time reserved of **$1,500.00**. The full amount will be charged unless the cancellation occurs within **five**

**(5)** business days of the scheduled event and the case is rescheduled for another agreed upon date.

**(V)    Recent Testimony Cases**

> Joseph M. Abramowitz v. National Life Insurance Co., et al.
> US District Court, Southern District. Case # CV00906W

> Khaim Koifman v. Marina Sharkansky
> Superior Court, County of Los Angeles, Case #BD 325-939

> Jane Doe v. Pasadena Unified School District
> Superior Court, County of Los Angeles, Case # BC 303-182

> Toriz v. T. E. Construction, Inc
> Superior Court, Orange County, Case # OCSC 03-CC10845

> Oliai v Coram Healthcare Corp et al.,
> US District Court, Central District of California-Western District,
> Case #No. CV-99-08032 AHM(CWx)

**(VI)     Records Reviewed**

My psychiatric opinions on this case are based on the following:

a) My psychiatric examination of the plaintiff JW for 2 hours by phone on 8/12/08

b) My personal interview of JW's mother for 30 minutes by phone on 8/13/08

c) My review of the following documents supplied to me by attorneys Lorant and Trock:

> 1) Deposition of Julia Wilson Volumes I & II (print & Video)

> 2) Deposition of Diane Ruth Jackson

> 3) Autobiography of JW

> 4) Defendant Martin Polo's Disclosure of Expert Witnesses (Included Stephen J Wilson, MD's Psychiatric Evaluation of JW dated 4/8/08 and Rule 26 Report dated 7/14/08)

5) Oxnard Police Department Reports
   P167-168 dated 2/20/07
   P1010- 1090
   P1001-1009
   P158-161
   P183-184

6) Interview of JW by Detective Sharon Giles dated 2/12/07

7) Psychological Evaluation of JW by Robin K. Weiner, PhD
   dated 11/25/07

8) Psychiatric Treatment records of JW from various
   psychiatric treatment facilities including Youth Care Pine
   Ridge in Utah and Vista Del Mar in Ca: P 828-1074

9) Suspected Child Abuse Report by Vicki Turnbull, RN dated
   10/28/06 re JW 's experience with the police office in 8/06
   P 1075-1080

10) Interview of Anne Jones dated 8/29/07 P 3036-3079

11) TimeLine JW v Oxnard PD & Polo
    by Attorney Lorant

## (VII) Psychiatric Opinions

### 1) Issue of reliability and credibility of plaintiff JW before the rape by police officer on 8/15/08

JW had a relatively normal development until around age 7 years of age. Several factors contributed to her emerging psychological distress: early puberty, high intelligence and the progressively deteriorating family dysfunction due to an escalating marital conflict which resulted in the divorce of her parents when JW was 7 years old. These conditions resulted in the derailment of JW's psychological development and function. JW began to be alienated from both of her parents, to become withdrawn and increasingly depressed, defiant and rebellious. Her relationship with her parents became increasingly conflicted and mutually distrustful with numerous misunderstandings, blaming and distrust. Her behavior became disorganized as she became overwhelmed and unable to process the complexities of her family and her own internal psychological function. She used primitive defense mechanisms such as denial, avoidance and acting out in order

to both express and avoid conflict. Such defenses are characteristic of children and are an expression of their psychological immaturity. In this case it is also a reflection of the family pathology.

I do not consider JW to be a social deviant or psychopath who lies and fabricates. All evidence indicates she is a reliable and credible historian **provided** she is in a safe, supportive, trustworthy environment.

## 2) Issues regarding JW's sexual abuse by police officer on 8/15/06

It is normative for victims of sexual abuse to deny and have great difficulty disclosing their abuse.  JW characteristically began to slowly disclose her experience approximately two weeks after the event of 8/15/06.
There are two elements to her disclosure: one nonverbal disclosure in action, acting out behavior, and the other verbal disclosure.
JW's behavior following the rape of 8/15/06 severely deteriorated with a dramatic escalation into an indiscriminate sexual acting out behavior with multiple rape incidents. These were re enactments and an expression of her traumatic abuse by the police officer whom she trusted and from whom she expected protection and help. Such behavioral re enactments are characteristic of sexually abused children and youths. JW was unable to process her 8/15/06 experience at that time. She is still trying to do so in her treatment since 11/06

There is a dispute as to JW's credibility regarding her claim of sexual abuse (rape) by the police officer on 8/15/06. My opinion that JW is credible is based on a number of factors. The statement of Anne Jones who described similar details in her sexual encounter with the same police officer in the very same location as JW has described, is in my view a major collaborating evidence of JW's credibility. In addition, JW's behavior since the 8/15/06 event, including her response to her treatment to date is consistent with that of juvenile victims of sexual abuse. Finally, it is not reasonable to consider JW as having fabricated such a traumatic event as rape by a police officer and giving so many unique details. JW while appearing physically mature far above her chronological age she was and still is psychologically very immature and prone to regressive states because of her psychiatric problems. She could not possibly have made up such a unique detailed scenario. In all the records I reviewed JW's story is consistently clear and the same with no fabrications, elaborations or exaggerations.

### d) Issues around the consequences of the sexual abuse of JW by police officer on 8/15/06

JW had clear evidence of psychiatric problems starting at age 7 years when her parents got divorced. However, the contact with the police officer on 8/14/06 occurred at a time when JW was in great trouble and in clear need for safety, help and guidance in mastering her problems. Her experiences with the police officer on 8/15/06 profoundly aggravated her psychiatric problems and lead to a severe disorganization that rendered her gravely disabled.

JW is gifted in cognitive and intellectual areas and had a relatively good foundation in her early childhood. These positive elements are reflected in her superior intellectual abilities and in her earlier superior academic performance. However, the events of 8/15/06 have resulted in a severe psychiatric disturbance characterized by dissociative episodes, severe regressive states, high emotional lability and a severe overall emotional dysregulation. The resultant severe psychiatric condition compromised her over all function including her cognitive function and made it impossible for her to utilize consistently and effectively her superior intellectual abilities in an adaptive and constructive way.
It is the task of treatment to help her harness her strengths in the service of repairing her damaged functions, restoring her development and helping her recovery from her traumas.

JW will require a highly structured safe therapeutic environment for a minimum of 8 to 10 years to achieve these treatment objectives. She can not be expected to function independently any time soon because of the high risk of relapse associated with her severe post traumatic stress disorder, her comorbid psychiatric conditions, her age and the severity of her dysregulation. Assuming JW is able to recover and can resume a healthy developmental path, she still will require access to psychiatric treatment for the rest of her life. Her prognosis is fair given her intellectual gifts, her parents' participation in the treatment, their support of her and her response to the treatment since 11/06. Specifically, her ability to participate and improve with the treatment being offered to her since 11/06

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.
Executed in Los Angeles, CA on August 13, 2008

Maria T. Lymberis, MD
Clinical Professor of Psychiatry, UCLA

# MARIA T. LYMBERIS, M.D.

# Curriculum Vitae  2008

## 1. PERSONAL:

Office Address 1500 Montana Ave. Suite 204 Phone: (310) 451 3152
Santa Monica, California 90403 Fax: (310) 454 1039
E-Mail: <maria@lymberis.com>
Place of Birth: Athens, Greece
Citizenship USA, Naturalized April 1968
Family Status: Married with three adult sons

## 2. EDUCATION:

| | |
|---|---|
| 1950 - 1956 | Protypon Lykeon of Athens, Greece |
| 1956 | Graduated from Protypon Lykeon of Athens |
| 1956 - 1960 | B.A. Philosophy, Douglas College, Rutgers University, New Brunswick, N.J. |
| 1960 - 1964 | M.D., University of Southern California, School of Medicine, Los Angeles, CA |
| 1964 - 1965 | Internship (straight medical) Mount Sinai Hospital, Los Angeles, CA |

## 3. PROFESSIONAL TRAINING & EXPERIENCE:

| | |
|---|---|
| 1965 - 1966 | Resident in Neurology, Mount Sinai Hospital, New York, NY. |
| 1966 - 1968 | Resident in Psychiatry, Albert Einstein, Bronx Municipal Hospital, NY, NY. |
| 1968 - 1970 | Fellow in Child Psychiatry, UCLA School of Medicine  NPI, LA, CA |
| 1968 - 1978 | Graduate Los Angeles Psychoanalytic Institute in Adult and Child Psychoanalysis |

## 4. PROFESSIONAL SOCIETIES:

American Academy of Psychiatry & the Law - Member
American College of Psychiatrists - Fellow
American Medical Association - Member
American Psychiatric Association - Distinguished Life Fellow
American Psychoanalytic Association - (Member 1978-2002)
California Medical Association - Member
Hellenic-American Medical Society of Southern Calif. - Member

International Psychoanalytical Students Organization - Honorary Member
Los Angeles County Medical Association - Member
Los Angeles Psychoanalytic Society and Institute - (Member 1978-2002)
Southern California Psychiatric Society - Distinguished Life Fellow
Southern California Society for Adolescent Psychiatry - Distinguished Life
    Member
Southern California Society for Child Psychiatry - Member
Hellenic American Psychiatric Association - Founder/Past President

## 5. RESEARCH IN NEUROLOGY:

U.S. Public Health Grant on Cerebrovascular Disease, under  Howard S.
    Barrows, M.D. summers of 1961 and 1962 at the University of
    Southern California
U.S. Public Health Grant on "The Incidence of C.N.S. Toxoplasmosis among
    Children with Epilepsy" summer of 1963 at Queen Square Neurological
    Institute, London, England

## 6. PROFESSIONAL ACTIVITIES

### A) Private Practice

| | |
|---|---|
| 1969-1977: | Medical Director, Marianne Frostig Center for Educational Therapy |
| 1970-pres: | Adult and Child Psychiatry |
| 1972-pres: | Psychoanalysis: adult and child |
| 1982-pres: | Forensic Psychiatry |

### B) UCLA School of Medicine

| | |
|---|---|
| 1970-1996 | Assistant Clinical Professor of Psychiatry |
| 1992-1994: | Member, Voluntary Clinical Faculty, Academic Appointments and Advancements Committee |
| 1996-pres: | Clinical Professor of Psychiatry |

### C) Southern  California Psychiatric Society:

| | |
|---|---|
| 1972-1974: | Member of the Program Committee |
| 1973-1974: | Treasurer Elect |
| 1973-1974: | Treasurer |
| 1976-1977: | Co-chairperson, Ethics Committee |
| 1975-1979: | Councilor |
| 1978-1979: | APA Assembly Deputy Representative |
| 1977-1986: | Chair Ethics Committee |
| 1977-pres: | Member Ethics Committee |
| 1977-1990: | Member Peer Review Committee |
| 1983-1984: | APA Assembly Representative |
| 1983-1985: | Member, Awards and Fellowship Committee |

1985-1988:   Consultant, Awards and Fellowship Committee
1986-1990:   Chair, Subcommittee on the Education of Psychiatrists on Ethical Issues
1986-1988:   Chair Ad Hoc Committee on Ethics Procedures
1988-1989:   President-Elect
1989-1990:   President
1990-1994:   State Legislative Representative
1990-1994:   APA Assembly Rep
1990-2004:   Member, Nominating Committee
1990-pres:   Founding President of the SCPS sponsored Psychiatric Education and Research Foundation, (PER)

**D) California Psychiatric Association**
1984-1986:   Representative to CCPPSWN.
1990-1991:   Chair, 1991 Annual CPA meeting Program Committee,
1990-1999:   Member Government Affairs Committee
1993-1998:   Area VI Rep to APA Joint Commission on Public Affairs
2004         SC Coordinator for the CA Mental Health Initiative, Proposition 63

**E)          American Psychiatric Association**
1978-1979:   Member, Assembly Task Force on Private Practice
1979-1982:   Consultant, Assembly Task Force on Private Practice
1980-1986:   Member, Committee, and Misuse & Abuse of Psychiatry in the U.S.
1983-1984:   APA Assembly liaison to the Committee on Misuse and Abuse of Psychiatry in the US.
1986-1989:   Consultant, APA Ethics Committee
1986-1989:   Member, Subcommittee on Education of Psychiatrists on Ethical Issues
1989-1991:   Chair, Subcommittee on Education of Psychiatrists on Ethical Issues
1990-1992:   Member APA Assembly Task Force on Implementation of Revised Ethics Procedures
1991-1994:   Member APA Annual Meeting Subcommittee on Video
1991-1994:   Member APA Committee on Continuing Education
1993-1996:   Member APA Membership Committee
1993-1996:   Member APA Committee on Family Violence & Sexual Abuse
1994-1997:   Trustee at Large (elected)
1994-1995:   Board Liaison: Council on Children, Adolescents and their Families
1994-1995:   Board Liaison: Council on Internal Organization
1995-1996:   Board Liaison: Practice Guidelines
1997-2000:   Member APA Committee on Private Practice

| 1998-2000: | APA Treasurer (elected) |
| 2000-2006: | Chair Investment Oversight Committee |
| 2000-2006: | Member Finance & Budget Committee |
| 2000-2006: | Member Long Range Planning Committee |
| 2006-2008: | Chair Elections Committee |
| 2008-2009: | Consultant: Council on Global Psychiatry |
| 2008-2011: | Member: Minority Fellowship Selection Committee |

**F) Hellenic-American Psychiatric Association**

| 1998-1999: | Chair, Steering Committee for the founding of HAPA |
| 1999-2002: | Founding President HAPA |
| 2002-pres: | Past President and Acting Executive Director |

**G) Los Angeles Psychoanalytic Society:**

| 1978 | Graduate in Psychoanalysis |
| 1979-2002: | Member of the LA Psychoanalytic Society |
| 1981-1986: | Assistant Faculty Member LA Psychoanalytic Institute |
| 1984-1985: | Chair-Elect Extension Division of LA Psychoanalytic S/I |
| 1987-1989: | Associate Faculty LA Psychoanalytic Institute |
| 1992-2002: | Senior Faculty LA Psychoanalytic Institute |
| 1995-1998: | Chair: Extension Division |
| 1995-1998: | Director: Psychoanalytic Psychotherapy Program |
| 1995-1998: | Co-chair, Continuing Education Committee |
| 1995-1998 | Member: Membership/Ethics Committee) |

**H) Council for the Advancement of Psychoanalytic Education:**

| 1974-1975: | Member, Committee on Problems in Psychoanalytic Training |
| 1976-1977: | Secretary Elect |
| 1978-1979: | President Elect |
| 1979-1980: | President |
| 1979-1982: | Member, CAPE Research Project on Psychoanalytic Education |
| 1980-1982: | Chair, CAPE Scientific Program Committee |

**I) International Psychoanalytic Student Organization:**

| 1977-1979: | Secretary and Acting President responsible for organizing the 5th I.P.S.O. Pre-Congress which was held in connection with the 31st International Congress of Psychoanalysis in July 1979 in New York City. |
| 1979 | Honorary Member of I.P.S.O. |

**J) Child Development and Psychotherapy Training Program, Los Angeles:**

| 1976-1986: | Senior Faculty Member |
| 1979-1982 | Member of the Board of Directors |

CV08                                    - 4 -

2002-2007:    Member of the Board of Directors
1990-2007:    Senior Faculty Member
**K) Cooperative of American Physicians-Mutual Trust**
1989-pres:    Member of Education Committee
1991-pres:    Chair of Psychiatric Peer Review Committee
1991-pres:    Member of Practice Review Committee

**L) Los Angeles County Medical Association**
1982-pres:    Member
1984-1995:    Member Central Committee on Ethics
2005-pres:    Member Board of Directors LACMA District 5
2006-2006     LACMA District 5: Alternate Delegate CMA House of
              Delegates
2007:pres:    LACMA District 5: Delegate CMA House of Delegates

**M) American Board of Psychiatry and Neurology**
1984-2005:    Examiner in Adult Psychiatry and Child Psychiatry

**N) California Council on Psychiatry, Psychology, Social Work and**
              **Nursing**
1984-1985:    Secretary
1985-1986:    Treasurer

**O) Medical Board of California**
1978-pres:    Expert Consultant
2/6/98 & 11/8/02:   Lecture Presentations to the Medical Board

**P) Mental Health Association, LA Chapter:**
1982-1986:    Member of the Board of Directors

**Q) Westwood Hospital**
1983-1986:    Consultant, Credentials Committee
1985-1987:    Member, Credentials Committee
1987-1989:    Chief of Psychiatry
1989-1990:    Vice-President, Medical Staff

**R) California Senate**
1986-1987:    Member, California Senate Task Force on Psychotherapist
              Patient Sexual Contact

# 7. PEER REVIEW

1987-1990    California Medical Review, Inc: Physician Advisor
1990-1995    National Psych. Reviews, Peer Reviewer Advisor

1990-1992      Southern Calif. Gas Co. Physician Reviewer Advisor
1991-:Pres:   Cooperative of American Physicians - Mutual Trust: Member:
                   Peer Review Committee member
1991-pres:    Cooperative of American Physicians - Mutual Trust: Member:
                   Practice Review Committee
2000-pres:    Cooperative of American Physicians - Mutual Trust:
                   Chair Psychiatry Peer Review Committee
2004-2007:   Lumetra (Medicare Review): Physician Advisor

## 8. MEDICAL LICENSES:

State of New York #95972 (1966)
State of California #11637 (1966)

## 9. BOARDS:

Diplomate of the American Board of Psychiatry and Neurology
Certified in Psychiatry - January 1972
Certified in Child Psychiatry - March 1977

## 10. PAPERS PRESENTED BY INVITATION

- "Craniofacial Growth and Development. The Role of this Region in Emotional and Cognitive Development". Presented on April 3, 1971 at the Postgraduate Course in Craniofacial Growth and Clinical Practice, given by the UCLA School of Dentistry.
- "Some Thoughts on the Current Identity Crisis in Psychiatry". Presented at the Annual Fall Meeting of the Southern California Psychiatric Society on October 15, 1971 in Palm Springs. CA.
- "Learning Disorders. The Contributions of Psychoanalysis and Cognitive Psychology to their Understanding and Management." Presented at the USC Department of Psychiatry on March 9, 1972.
- Chaired panel on "Interface of Law and Psychiatry", at the Spring Annual Meeting of the Southern California Psychiatric Society at Los Angeles on April 21, 1973.
- "Female Juvenile Delinquency". Presented at the Extension Division of the Los Angeles Psychoanalytic Institute on February 28, 1973.
- "The Quality of Life and the Woman Alone". Presented at the Wilshire Temple on March 12, 1975.
- "Psychoanalysis - the Present and its Future". Presented at the UCLA Extension Course on Freud, on June 11, 1975.
- "Role Strain in Executive Women". Member of the panel discussion at the Annual Meeting of the American Academy of Psychoanalysis in Beverly Hills, California on May 4, 1975.

- "Child Development: Current Psychoanalytic Developmental Psychology Research Findings on the Separation - Individuation Process". Presented to the Staff of the Frostig Center on December 11, 1975.
- "Child Psychopathology: Review of Major Psychiatric Childhood Disturbances". Presented as a part of the course on Abnormal Child Development, Postgraduate Training Program in Special Education, Frostig Center on May 19, 1976.
- Discussant of Eleanor Galenson's paper on "Examination Anxiety in Women", at the Los Angeles Psychoanalytic Society and Institute, on March 8, 1977.
- "Psychoanalytic Education: A Candidate's Passage through a Troubled Institute". Presented at the I.P.S.O. Pre-Congress section of the 30th International Psychoanalytic Congress in Jerusalem, Israel on August 20, 1977.
- Discussant of "On the Other Side of Oz" by Claire Cath, M.Ed. and Stanley Cath, M.D. at the Winter Annual meeting of the American Psychoanalytic Association on December 16, 1977 in New York City.
- "The International Psychoanalytic Student Movement - Its Role in Psychoanalysis". Presented on July 28, 1979 at the 5th International Psychoanalytic Student Pre-Congress, which was held in New York City in connection with the 31st International Psychoanalytic Congress in July 1979.
- "Medical Ethics - Implications for Clinical Practice". Presented on June 9, 1980 at the SCPS monthly meeting at UCLA, Los Angeles, California.
- "Psychotherapy for Women - Is it any Different?" Presented on October 25, 1980 at the Annual Winter Meeting of the SCPS in Monterey, California.
- "Medical Ethics". Presented on November 6, 1980 at VA Outpatient Department, Downtown Los Angeles.
- "Medical Ethics". Presented on November 17, 1980 at Cedars-Sinai Thalians Community Mental Health Center.
- "Medical Ethics". Presented on 2/27/81 at USC School of Medicine, Department of Psychiatry at the Monthly Scientific Meeting of USC/LACMC.
- "Psychoanalytic Training in the USA - The Current Demographic Profile". Presented at the IPA Meetings, I.P.S.O. Pre-Congress on 7/25/81 at Helsinki, Finland.
- "The Infant and its Working Mother: The Challenge of Modern Parenthood".
- "Abuse and Misuse of Psychiatry in the Private Practice Sector". Presented on May 3, 1983 at the panel sponsored by the APA Committee on Abuse and Misuse of Psychiatry in the USA at the APA Annual Meeting in New York City.

- "Medical Ethics in Psychiatric Clinical Practice". Presented on July 5, 1983 at UCI School of Medicine, Department of Psychiatry at the Monthly Scientific Meeting of UCI.
- "Medical Ethics in Clinical Psychiatric Practice". Presented on October 24, 1983 at the Quarterly medical staff meeting of Westwood Hospital at Los Angeles.
- "Issues in Adolescence". Presented at the Continuing Education series of the Verdugo Mental Health Center on November 2, 1983.
- "The Subpoena, The Summons: What does a Psychiatrist do now? Ethical and Legal Aspects". Presented on December 14, 1983 at the South Bay Psychiatric Society.
- "The Corporate Medicine Model and its Potential for Abuse and Misuse of Psychiatry: Threat or Opportunity". Presented on May 8, 1984 at the panel sponsored by the APA Committee on Abuse and Misuse of Psychiatry in the USA at the APA Annual Meeting at Los Angeles.
- Discussant of "Transference and Ethics" by Roman Anshin, M.D. on October 14, 1985 at the monthly scientific meeting of the Southern California Psychoanalytic Society at Los Angeles.
- "Child Abuse: The Impact of its Discovery on a Six Year Old Girl and Her Family. A Clinical Case Study". Presented on November 7, 1985 at the Child Analysis Group of the Southern California Psychoanalytic Institute at Los Angeles.
- "Changing Medical Ethics: Current Dilemmas". Presented at the American Medical Women's Association meeting on 2/12/86 at Los Angeles.
- "Medical Ethics and the Changing Medical Scene". Presented on March 6, 1986 at the 2nd Annual San Diego Psychiatric Society at Mammoth Lakes, California.
- Discussant of "Revisiting Childhood Tales and Memories" by Edwin C. Peck, M.D. on May 24, 1986 at the Southern California Psychoanalytic Society meeting in Newport Beach, California.
- "Medical Ethics - A Perspective" Presented at the monthly scientific meeting of the Santa Barbara Psychiatric society on October 3, 1986.
- "Christmas Stories, Past and Present". Presented on December 12, 1986 at the Southern California Society for Child Psychiatry at Los Angeles, California.
- "Patient-Therapist Sexual Involvement; The Current Status". Presented on November 7, 1987 at the Southern California Psychiatric Society's Annual Meeting in Santa Barbara, California.
- "The Xmas Story. A Psychoanalyst's Musings". Presented on December 13, 1987 at the Los Angeles Psychoanalytic Society and Institute at Los Angeles, California.
- "Psychotherapist-Patient Sexual Involvement: The New California Laws". Presented on January 13, 1988 at the Del Amo Psychiatric Hospital Quarterly Staff Meeting at Los Angeles, California.

CV08                                    - 8 -

- "Psychotherapist-Patient Sexual Relations: Current Legal and Treatment Issues". Presented on February 29, 1988 at Cedar-Sinai Department of Psychiatry Ground Rounds at Los Angeles, California.
- "The Problems in the Subsequent Therapy of Patients Who have been Sexually Involved with their Previous Therapists". Presented at a Multidisciplinary Conference at USC on the Problem of Psychotherapist Patient Sexual Involvement on April 9, 1988 at Los Angeles, California.
- "Psychotherapist-Patient Sexual Involvement: Transference-Countertransference, Reality, Consequences and Considerations". Presented on May 6, 1988 at the Lafayette Clinic, Department of Mental Health at Detroit, Michigan.
- "Aspects of Patient/Therapist Sexual Relations". Presented at the SCPS San Gabriel Valley meeting at Las Encinas Hospital on June 16, 1988 in Pasadena, California.
- "Sexual Involvement between Therapists and Patients". Presented at the SCPS Course on Sexual Misconduct on July 16, 1988 in Los Angles, California.
- "Female Sexual Dysfunction Revisited: A Clinical Case Presentation" presented on May 5, 1989 at the American Academy of Psychoanalysis Annual Meeting in San Francisco, California.
- "The Problem of Sexual Relations with Patients" presented at UCLA-Harbor Grand Rounds on June 28, 1989 at Harbor Hospital in Los Angeles, Calif.
- "Sexual Involvement Between Analyst and Patient: Lessons and Reflections from the Subsequent Treatment of One Such Case". Presented at the Symposium on the Psychology of Therapist Sexual Misconduct sponsored by the Boston Psychoanalytic Society and Institute on February 10, 1990, Boston, Massachusetts.
- "Psychiatry, Sex and Ethics" presented at the Cedars-Sinai Quarterly Staff Meeting on February 20, 1990, Los Angeles, California.
- "Ethical Perspectives on the Dangers and Consequences of Non-Sexual Dual Relationships in Clinical Practice" presented at the Southern California Psychoanalytic Society/Institute, May 9, 1990.
- "Sexual Involvement and Sexual Harassment in Medical Practice" presented at the Covina Community Hospital, grand rounds on 8/15/90.
- "Sexual Involvement with Patients: Ethical, Legal and Clinical Perspectives" presented at the Intercommunity Medical Center in Covina, California on 12/4/90.
- "Sexual Misconduct in the Health Care Field" presented at the Lafayette Clinic, Dept. of Mental Health, at Detroit, MI on 3/19/91
- "Sexual Misconduct in Psychotherapy" presented at the IPSO Pre-Congress in connection with the 37th International Psychoanalytic Assoc. Congress in Buenos Aires, Argentina on 7/28/91

- "Boundary Violations in Clinical Practice" presented at the monthly psychiatric meeting at St. Joseph's Hospital in Orange County, CA on 11/12/91
- "Ethical Issues in Psychiatric Practice: an Update" presented at Grand Rounds of USC Dept. of Psychiatry in Los Angeles, CA on 12/17/91
- "Boundary Issues in Psychotherapy" presented at the Kaiser Permanente monthly staff meeting on January 16, 1992 in Los Angeles, CA.
- "Boundary Violations in Psychotherapy, Sexual and Non-sexual" presented at the Annual Institute Conference of the San Diego Psychoanalytic Society and Institute on "Victims of Abuse: The Emotional Impact of Child and Adult Trauma" in San Diego, CA on 2/16/92
- "Sexual Identity Problems: The Role of pre-oedipal Factors from the Analysis of an Adult Male patient" presented at the 36th Annual Meeting of the American Academy of Psychoanalysis on 5/1/92 in Washington DC.
- "100 Years' Impact of Therapy on Societal Change" presented at the Symposium on Emerging Issues in Social Psychiatry Toward the year 2000 at the 145th Annual Meeting of the APA on 5/6/92 in Washington DC.
- "Sexual Harassment: Psychiatric and Legal Aspects". presented at the Southern California Chapter of the American Academy of Psychiatry and Law on 6/6/92 in Los Angeles, California.
- "Sexual and Non-Sexual Boundary Violations in Psychotherapy and Psychoanalysis", presented at the Psychoanalytic Center of California on 6/12/92 in Los Angeles, California.
- "Sexual Exploitation and Therapist/Patient Relationships", presented at the 1992 Institute on Hospital and Community Psychiatry on October 26, 1992 in Toronto, Canada.
- "Professional Sexual Responsibility in the Medical and Legal Profession", presented at the Santa Barbara Women Lawyers and American Medical Women's Association on 11/17/93 in Santa Barbara, California.
- "Psychoanalysis and Ethics: The Problem of Sexual Misconduct in the Psychoanalytic Profession", presented at the Houston Psychoanalytic Society on 2/9/94.
- "Psychotherapy of Depression": Continuous Clinical Case Conference: APA Annual Meeting discussant in Philadelphia, PA on 5/23/94.
- "The Borderline Adolescent Revisited: New Tools/New Views", discussant at the Southern California Society for Adolescent Psychiatry meeting at Cedar-Sinai Dept. of Psychiatry in Los Angeles, CA on 9/17/94.
- "Sexual Identity and Gender Issues among Adolescents", presented at the 12th Annual Conference on Critical Issues of Adolescence, Aviva Center, in Los Angeles, CA on 2/15/96.
- "Confidentiality in Clinical Practice", presented at the Manhattan Psychiatric Center on 11/7/97.

CV08                                           - 10 -

- "Ethical Issues in Current Psychiatric Practice", presented at the Department of Psychiatry Faculty Psychotherapy Conference Mount Sinai Medical Center, New York City, December 16, 1997.
- "Current Perspectives on Psychiatric Ethics" presented at the Grand Rounds of the New York Medical College, Dept. of Psychiatry and Behavioral health, Westchester County Medical Center on 12/18/97.
- "Sexual Misconduct in the Practice of Medicine: Issues in the Evaluation/Rehabilitation of Physicians", presented to the Medical Board of California, Division of Medical Quality in Los Angeles, CA on 2/6/98.
- "Sexual Harassment" Panel Presentation: "Clinical Cases" American Academy of Forensic Sciences, San Francisco, CA: 2/13/98.
- "Sexual Misconduct/Harassment in Medicine: Ethical and Legal Perspectives", Grand Rounds Encino-Tarzana Regional Medical Center, California 3/13/98.
- "Sexualization and Boundaries: From Therapy to the Workplace", Grand Rounds: USC School of Medicine, Dept. of Psychiatry, Los Angeles, CA: 11/10/98.
- "Sexual Misconduct in Medicine: Ethical, Legal and Clinical Perspectives" Grand Rounds, St. Luke Medical Center, Pasadena, CA: 7/13/99.
- "Enduring Ethical Issues in Psychiatry" Grand Rounds: Harbor-UCLA Department of Psychiatry, Torrance CA: 11/16/99
- "Ethics & Psychiatry" Grand Rounds: Charles R. Drew University, Psychiatric Residency Program, Los Angeles, CA: 1/25/00
- "Sexual Misconduct in Medical Practice: Ethical. Legal and Clinical Issues": Kaiser Permanente Los Angeles CA: 08/17/00
- "Boundaries in Psychotherapy: Focus on Clinical, Ethical and Legal Aspects" Grand Rounds Harbor-UCLA Department of Psychiatry Torrance CA: 01/24/01
- "The Challenge of Confidentiality in Current Psychoanalytic and Psychotherapeutic Practice" Newport Beach Psychoanalytic Institute Extension Program, Irvine, CA: 03/16/01
- "Sexual and Non-Sexual Boundary Violations in Psychotherapy" University of Helsinki, Lapinlahti Hospital, Helsinki, Finland: 07/03/01
- "Depression & Women over 50" presented at the California Medical Association Foundation's California Women's Health Initiative: "Bridging Medical Care and Communities to Improve the Health of Women 50+" in San Jose, CA 11/02/01
- "Sexual Misconduct in Medical Practice: Ethical. Legal and Clinical Issues": Kaiser Permanente Los Angeles CA: 08/17/00
- "Ethical Issues in Psychotherapy and Psychoanalysis" Oklahoma Society for Psychoanalytic Studies, Oklahoma City, OK 04/06/02
- "Depression and Women: Current Views on Combined Treatment with Medications and Psychotherapy" presented at the 17th Pan-Hellenic Psychiatric Congress in Halkidiki, Greece 04/23/02

CV08                                    - 11 -

- "Sexual Misconduct in Medicine: The California Experience" presented at the Board Meeting of the Medical Board of California in San Diego, CA on 11/8/02
- "Psychiatric Ethics: Perspectives from the American Experience" presented at the 18th Pan Hellenic Congress of Psychiatry in KOS Island, Greece on 5/17/04
- "Using the FUTURE in the Psychotherapeutic Treatment of Depression" presented at the Symposium "The Future in Psychotherapy" at the annual  meeting of the American Psychiatric Association  on May 26, 2005 in Atlanta, GA
- "The Relevance of Data from the Study of Adverse Childhood Experiences (ACEs), a sample of 17,337 adult HMO patients in CA, in clinical practice: Challenges in the Treatment of Adolescents with Substance & Alcohol Abuse"  Presented at the 20th Pan-Hellenic Congress of Psychiatry on 5/17/08 in Crete, Greece
- "Post Graduate Psychiatric Education: Training Options in E.U. & USA" Chaired Panel Discussion and presented paper on "Changing Patterns of Practice and Training in Psychiatry in the US" at the 20th Pan-Hellenic Congress of Psychiatry on 5/17/08 in Crete, Greece

## 11. PAPERS PUBLISHED:

1. Lymberis, Maria T. (1982) US Psychoanalytic Candidates. The Current Profile as Derived from the 1980 CAPE Survey. Journal of the Council for the Advancement of Psychoanalytic Education, Vol 2 #2 pp. 3-
2. Campbell, Linn A.; Lymberis, Maria T.; Campbell, Kay B.; Donovan, Woodrow; de Cordoba, Pedro (1982). The CAPE Survey. Psychoanalytic Training from the Trainee's View. Journal of the Council for the Advancement of Psychoanalytic Education Vol 2 #2 pp. 10-21.
3. Lymberis, Maria T. (1983) Book Review: "Individual and Family Therapy" by Fred Sander, M.D. Journal of the American Psychoanalytic Association. Vol 31, #1, pp. 347-349, published by International University Press Inc, NY, 1979.
4. Book Review: "Keeping Boundaries: A Guidebook for Psychotherapists" by Richard S. Epstein, M.D. American Psychiatric Association Press, Washington, DC 1994.
5. Lymberis, Maria T. (1993) "Sexual Misconduct in the Practice of Child and Adolescent Psychiatry", The Clinical Psychiatry Quarterly, Vol 16 #1, pp. 3-5.
6. Lymberis, Maria T. (1997) "Medical/Psychiatric Records: EMR and Patient Confidentiality" CAP-MPT Capsules Vol 16, #1.
7. Lymberis, Maria T. (1997) "Clinical Psychiatry and Managed Care" CAP-MPT Capsules Vol. 16, #2.

8.  Lymberis, Maria T. (1997) "Survival Guide for Psychiatrists: four Ways to Stay Out of Court" The Clinical Psychiatry Quarterly Vol. 19, #4.

## 12. VIDEO-TAPES MADE:

"Reporting Ethical Concerns about Sexual Involvement with Patients" (narrator and writer). Produced by the APA Subcommittee on the Education of Psychiatrists on Ethical Issues. Copyright, APA 1990.

## 13. CHAPTERS AUTHORED:

1.  "Ethical and Legal Issues in Group Psychotherapy", (chapter 18) in "Group Therapy in Clinical Practice", edited by Anne Alonso, Ph.D. and Hillel I. Swiller, M.D., American Psychiatric Press, Washington, DC 1993.
2.  "Boundary Violations in Psychotherapy, Sexual and Non-Sexual" in "Victims of Abuse: The Emotional Impact of Child and Adult Trauma", edited by Alan Sugarman, Ph.D., IUP Madison, CT 1994.

## 14. EDUCATIONAL ACTIVITIES

### 1. UCLA School of Medicine, Dept. of Psychiatry Teaching:

| | |
|---|---|
| 1970-1988: | Supervision of Residents/Child Fellows in Psychotherapy |
| 1988-pres: | Faculty in Psychotherapy Training Program (Psychiatry course #483) |

### 2. Los Angeles Psychoanalytic Institute Teaching:

| | |
|---|---|
| 1985-1992: | Opening Phase of Analysis |
| 1988,1989: | Female Sexuality |
| 1986,1987: | Resistance |
| 1993: | Oedipal and Latency Phases of Development |
| 2000: | Opening Phase of Analysis |

### 3. American Psychiatric Association: Courses Taught (Full day)

| | |
|---|---|
| May 6, 1989: | APA 142nd Annual Meeting in San Francisco, California. "Sexual Contact with Patients: Complexities and Consequences". |
| May 12, 1990: | APA 143rd Annual Meeting in New York City, New York. "Treating Victims of Therapists' Sexual Abuse: Complexities and Frustrations". |
| May 12, 1991: | APA 144th Annual Meeting in New Orleans, Louisiana. "Treating Victims of Therapists' Sexual Abuse" |
| May 3, 1992: | APA 145th Annual Meeting in Washington DC. "Treating Victims of Therapists' Sexual Abuse" |

| | |
|---|---|
| May 7, 1992: | APA 145th Annual Meeting in Washington DC. "Ethical Issues in Psychiatric Practice" |
| May 26, 1993: | APA 146th Annual Meeting in San Francisco, Calif. "Ethical Issues in Psychiatric Practice", |
| May 26, 1994: | APA 147th Annual Meeting in Philadelphia, PA. "Ethical Issues in Psychiatric Practice". |
| Sections on: | Confidentiality, Informed Consent & Issues in Rehabilitation of Psychiatrists who have been Disciplined for Ethical Violations (sexual & non-sexual). |
| May 25, 1995: | APA 148th Annual Meeting in Miami, Florida. "Ethical Issues in Psychiatric Practice" Sections on: Confidentiality, Informed Consent |
| May 8, 1996: | APA 149th Annual Meeting in New York City. "Ethical Issues in Psychiatric Practice" Sections on: Confidentiality, Informed Consent & the Electronic Medical Record. |
| Oct 21, 1996: | APA Psychiatric Services Institute in Chicago, IL. "Ethical Issues in Psychiatric Practice" Sections on: Confidentiality, Informed Consent & the Electronic Medical Record. |
| May 20, 1997: | APA 150th Annual Meeting in San Diego, CA. "Ethical issues in Psychiatric Practice" Sections on: Confidentiality, Informed Consent and the Electronic Medical Record. |

## 4. California Psychiatric Association: (3-hour courses)

| | |
|---|---|
| October 13, 1989: | Annual Meeting, San Diego, California. "Ethical and Legal Issues for the 1990's": (Sexual misconduct in Psychiatry) |
| October 19, 1990: | Annual Meeting "Ethical and Legal Issues in Psychiatric Practice": (The problem of reporting sexual misconduct) |
| October 11, 1991: | "Psychiatric Malpractice: Ethical, Legal and Clinical Perspectives": (Loss prevention principles, boundary violations in clinical practice). |
| October 9, 1992: | "Current Ethical and Forensic Issues in Psychiatric Practice": (Ethical and clinical issues in managed care). |
| October 8, 1993: | "Malpractice Prevention: Current Legal and Ethical issues in Psychiatric Practice: (Confidentiality and privilege in the managed care setting and in the management of the violent patient). |
| Oct 13, 1996: | "New Frontiers of Privilege, Confidentiality: Ethical & Legal issues". (in the emerging systems of care) |

**5. Psychiatric Residency Programs lectures:**

December 12, 1990: UCLA/NPI - Dept. of Psychiatry "Issues in Termination of Psychotherapy"

March 20, 1991:   Michigan State Hospital "Ethical Issues and Sexual Misconduct in Psychiatric Practice"

March 27, 1991:   VA/UCLA - Dept. of Psychiatry "Sexual Misconduct: Ethical and Clinical Issues"

June 19, 1991:    Harbor UCLA - Dept. of Psychiatry "Ethical and Forensic Issues in Psychiatry"

January 23, 1992: UCLA/NPI - Dept. of Psychiatry "Psychiatric Ethics and Sexual Misconduct"

April 26, 1993:   Harbor/UCLA-Dept. of Psychiatry "The Private Practice of Psychiatry in the 1990's and Beyond"

June 11 & 12, 1993: UCLA/NPI - Dept. of Psychiatry: "Boundary Issues in Psychiatric Practice: Sexual and Non-Sexual" (1 1/2 hour lecture, each date).

September 20, 1993: Cedar-Sinai Med Center: Dept. of Psychiatry "Sexual and Non-Sexual Boundary Issues in Clinical Practice".

July 12, 1994:    USC Medical School, Dept. of Psychiatry "Sexual Misconduct and Boundary Issues: Legal and Ethical Perspectives".

April 29, 1996:   Cedars-Sinai Department of Psychiatry "1996 Changes in California Law re Psychiatric Medical Record Documentation.

June 16, 1997:    UCLA/NPI Dept. of Psychiatry "Sexual Misconduct/Boundaries in Psychotherapy"

November 13, 1999: UCLA Child Psychiatry Fellowship Lecture, "Ethical, Legal and Clinical Issues in Psychiatric Practice in the Managed Care System".

April 4th and 5th 2002: Oklahoma Department of Psychiatry a 14 hour course on "Dynamic Psychotherapy: Theoretical Basis and Clinical Practice" and on "Ethics in Psychotherapy Practice".

October 3d 2002   Annenberg Medical Center, Palm Desert CA, Lecture: "Sexual Harassment & Sexual Misconduct in Medicine"

October 31st 2002 Cedars-Sinai Medical Center, Department of Psychiatry LA, CA Lecture: "Psychiatric Ethics Update"

**6. Graduate Center For Child Development and Psychotherapy courses:**

a) Winter 1990 & 1992: "The Ethical and Legal  Foundations of Psychotherapy" (a 10 week, 2 hours each session)

b) Winter 1991 & 1993: "Divorce and its Impact on children and Families: Clinical and Legal Perspectives" (a 10 week, 2 hour each session course)

c) Spring 1996:      "New Forms of Child and Adolescent Psychopathology: Violence, Gangs, Homelessness  and Graffiti" (5 week, 2 hour each  session  course)

d) Winter 1996:      "The Ethical and Legal  Foundations of Psychotherapy" (a 5 week, 2 hour each session  course)

e) Winter 1998:      "The Ethical and Legal  Foundations of Psychotherapy" (5 week, 2 hour)

f) Spring 1999:      "Divorce and Its Impact on Children and Families: Clinical and Legal Perspectives" (a 5 week, 2 hour session course)

g) Winter 2000:      "The Ethical & Legal Foundations of Psychotherapy" (a 5-week, 2-hour session course)

h) Winter 2001 & 2002: "Ethics in Psychotherapy" (a 3 week, 2-hour course)

i) Spring 2001 & 2002: "Divorce: Its Impact on Children" (a 3 week, 2 hour course)

j) Winter 2002-2003: "Clinical Concepts: Ethical & legal Foundations of psychotherapy" (a 6 week, 2 hour course)

k) Winter 2002-2003: " Clinical Applications: Case Conference" (a 10 week, 2 hour course)

l) Winter 2003-2004: "Psychoanalytic Theory IV- Ego Psychology" (10 week, 2 hour course)

m) Winter 2004-2005: Clinical Applications: Case Conference" (10 week, 2 hour course)

n) Winter 2005-2006: Trauma & Children ( 2 week 2 hour course)

o) Winter 2005-2006  Termination in Psychotherapy (1 week 2 hour course)

p) Winter 2005-2006  Oedipal & Latency Phase of  Development (10 week 2 hour course)

q) Winter 2006-2007 Oedipal & Latency Phases of Development (10 week 2 hour course)

r) Winter 2006-2007: Ethics (2 week 2 hour course)

s) Winter 2006-2007: Termination (1 week 2 hour course)

t) Winter 2006-2007: Trauma & Children (2 week 2 hour course)

**7. Medical Board of California:**
Training Course for Board Investigators: Enforcement Division:
"Psychiatric Aspects of Physician Perpetrators and Patient Victims"
    a) December 3, 1998: Diamond Bar, CA - 4 hours
    b) December 4, 1998: Diamond Bar, CA - 4 hours
    c) December 17, 1998 Oakland, CA - 4 hours
    d) December 18, 1998: Sacramento, CA 4 hours

Lectures to the Medical Board of CA on Sexual Misconduct
    a) February 6, 1998: Los Angeles, CA
    b) November 8. 2002: San Diego, CA

## 8. Workshop Leader/Member:

UCLA/Los Angeles Psychoanalytic Society and Institute: March 6, 1982. Conference on "Early Life and the Roots of Identity" at Los Angeles.

Southern California Psychiatric Society: April 28, 1990. Annual Meeting, Los Angeles, California. "Can your Patient's Confession be Safe with You?" Legal and Ethical aspects of confidentiality.

American Psychiatric Association: May 15, 1990. 143rd Annual Meeting. "Sexual Misconduct; The Problem of Reporting"

Cooperative of American Physicians/Mutual Trust Inc: February 20, 1991. "War and Stress: Psychiatric Perspectives"

American Psychiatric Association: May 15, 1991. 145th Annual Meeting. "Sexual Misconduct: The Problem of Impairment in the Psychiatrist"

American Psychoanalytic Association: May 19, 1993, Annual Meeting, San Francisco, Calif.: "Sexual Misconduct and the Psychoanalytic Professional Family".

American Psychiatric Association: May 1993, Annual Meeting. "The District Branch Experiences in Planning CME Activities"

American Psychiatric Association: October 2, 1994. Hospital and Community Psychiatry Institute, San Diego, CA "Sexual Harassment, Abuse and Misuse Psychiatric and Legal Perspectives".

American Psychiatric Association: May 7, 1996. "Coalitions: Tools for Survival", at New York City.

Los Angeles Psychoanalytic Society/Institute 50th Anniversary, September 28, 1996. "Psychoanalysis and Ethics".

American Psychiatric Association: Psychiatric Services Institute, October 20,1996, "Psychotherapy and Managed Care", in Chicago, IL.

American Academy of Psychiatry and the Law: "Sexual harassment: A Balanced perspective" (presented three cases) October 24, 1997, Denver, Colorado.

Healthcare Partners Medical Group: Sexual Harassment Workshop (for medical staff and employees) presented on 11/20/97, Los Angeles, CA.

American Psychiatric Association: May 20th 2003, 156th Annual Meeting, San Francisco, CA "Sexual Harassment : Victims face Confidentiality Issues in Psychiatric Care"

American Psychiatric Association: May 5th 2004, 157th Annual Meeting, NY, NY "Consultation & Legal Clarification in Sexual Harassment"

## 9. Symposia:
1. APA 147th Annual Meeting, Philadelphia, PA. "Sexual Misconduct: Therapist Evaluation and Rehabilitation": Discussant
2. APA 148th Annual Meeting, Miami, FL. "Culture, Ethnicity and Race: Psychiatry's Current Challenge), Chair/Organizer.
3. APA Psychiatric Services Institute. Chicago, IL, October 19, 1996. "Culture, Ethnicity and Race in Clinical Psychotherapeutic Practice", Chair/Organizer.
4. American Academy of Forensic Sciences, 50th Annual Meeting, 2/13/98, San Francisco, CA "Role of Forensic Psychiatrists in Sexual Harassment Litigation", Participant/Presenter

## 10. Educational Video Presentations:
APA 145th Annual Meeting, Washington, DC
1. Chairperson:   Videotape Session: Homosexuality in Germany, Circa 1919. (Magnus Hirschfeld, M.D. advisor to the movie)
2. Chairperson:   Videotape Session: Not Allowed to Cry; Children in War. (Roberta J. Apfel, M.D. & Bennett Simon, M.D. producers) presented 5/5/92.
APA 146th Annual Meeting, San Francisco, CA
1. Chairperson:   Videotape session, May 23, 1993: "Patently Offensive: Porno Under Siege" (Produced by Harriet Koskoff, Candida Royalle, discussant).
2. Chairperson:   Videotape session, May 24, 1993: "Management of Erotic Transference". (Produced by James W. Lomax, M.D., Glen O. Gabbard, M.D., discussant).
APA 147th Annual Meeting, Philadelphia, PA
1. Chairperson:   Videotape session, May 24, 1994: "Moyers: Facing Hate with Elie Wiesel" "Beyond Hate" (Producer: Mystic Fire Video, Bennett Simon, M.D. and Roberta J. Apfel, M.D., discussants).
2. Chairperson:   Videotape session: May 25, 1994: "Chaos, Science and the Unexpected" (Producer Filmmakers Library, Marvin J. Miller, M.D., discussant).
3. Chairperson:   Videotape session, May 25, 1994: "Memory: The Past Imperfect" (Producer Filmmakers Library, Lenore C. Terr, M.D., discussant)
X World Congress of Psychiatry, Madrid, Spain

Presented: Sexual Misconduct: "Reporting Ethical Concerns" (Producer APA 1990) (Discussant: Maria T. Lymberis, M.D.), August 25, 1996.

## 11. Ethics Workshops

1. Los Angeles Psychoanalytic Society and Institute, Extension Division: Ethics Workshop (member):
   - January 29th 2000: "Ethics in the practice of Psychotherapy" (4 hours)
   - May 19th 2001: "Ethics in the Practice of Psychotherapy" (4 hours)
   - May 4th 2002: "Ethics in the Practice of Psychotherapy" (4 hours)
   - May 22d 2003: "Ethics in the Practice of Psychotherapy" (4 hours)
   - February 28th 2004: "Ethics in the Practice of Psychotherapy" (4 hours)
   - January 28th 2006 "Ethics in the Practice of Psychotherapy" (6 hours)
2. Alison White Psychoanalytic Institute Ethics Workshop (4 hours) October 20th 2001: "Ethics in the Practice of Psychotherapy and Psychoanalysis"

## 15. HONORS:

| | |
|---|---|
| 1961-1963 | Soroptimist Scholarship Award |
| 1971 | Outstanding Young Women of America |
| 1977 | Fellow, American Psychiatric Association |
| 1984 | Appreciation Award (by Southern Calif. Psychiatric Society for sustained services as Chair of the SCPS Ethics Committee). |
| 1986 | Teacher of the Year Award (Los Angeles Psychoanalytic Institute) |
| 1991 | Appreciation Award (by Southern Calif. Psychiatric Society for outstanding service as State Legislative Representative) |
| 1992 | Distinguished Service Award (by Southern Calif. Psychiatric Society for outstanding contributions and highly esteemed service) |
| 1994 & 1995 | Public Affairs Network Award (by APA/JCPA for outstanding achievement in Public Information Activity in Area VI, California Psychiatric Association) |
| 2002 | Recipient of the Eugene Pumpian-Mindlin, MD Visiting Professorship at the University of Oklahoma Department of Psychiatry in Oklahoma City, Oklahoma on 04/04/02 through 04/05/02. |

Resume of Roger A. Clark, Expert Witness and Consultant Police Procedures

I served as a Station Detective assigned to the evening watch. I handled the first response to all crimes requiring investigations. I processed all evening juvenile matters, prepared criminal complaints and juvenile petitions.

## 11. Patrol Division

**San Dimas Station Patrol** 01/29/68 to 01/01/70 **24 months**

I performed all duties assigned to Station Patrol: Jailer, Desk, Watch Deputy, Patrol, and Traffic.

## 12. Technical Services Division

**Transportation Bureau** 11/01/67 to 01/29/68 **02 months**

I was temporarily assigned to the Beverly Hills Municipal Court pending my assignment to a Patrol Station.

## 13. Custody Division

**Central Jail** 05/06/66 to 11/01/67 **18 months**

I returned to my previous assignment at the Central Jail after graduation from the Academy. I performed all aspects of a Custody Deputy i.e. Module Officer, Prowler, Control Booth, High Power, etc.

## 14. Administrative Division

**Academy** 01/17/66 to 05/06/66 **04 months**

I was a Sheriff's trainee assigned to Class #110.

## 15. Custody Division

**Central Jail** 12/01/65 to 01/17/66 **01 month**

I was a pre-academy Custody Deputy assigned to the Central Jail as an "off the street" Deputy Sheriff.

## DEGREES AND CERTIFICATION

P.O.S.T. Command College (Class #5) POST 1988

Management Certification POST 1980

Advanced Certification POST 1975

Associate of Science Degree Chaffey College 1971