1  STEVEN J. ROTHANS – State Bar No. 106579
   JILL W. BABINGTON – State Bar No. 221793
2  CARPENTER, ROTHANS & DUMONT
   888 S. Figueroa Street, Suite 1960
3  Los Angeles, CA 90017
   (213) 228-0400
4  (213) 228-0401 [Fax]

5  Attorneys for Defendant, OFFICER MARTIN POLO, a public employee

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a minor, through her guardian ad litem, MARK WILSON, | Case No.: CV07-06191 GPS (SHx) |
| Plaintiff, | **PROOF OF SERVICE OF DEFENDANT POLO'S OPPOSITIONS TO PLAINTIFF'S MOTIONS IN LIMINE** |
| vs. | |
| CITY OF OXNARD, MARTIN POLO, and DOES 1 through 10, inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///

-1-
PROOF OF SERVICE OF DEFENDANT POLO'S OPPOSITIONS TO
PLAINTIFF'S MOTIONS IN LIMINE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 888 South Figueroa Street, Suite 1960, Los Angeles, California 90017.

On September 8, 2008, I served the foregoing document(s) described as:

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #1; DECLARATION OF JILL W. BABINGTON**

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #2; NOTICE OF MOTION AND MOTION PURSUANT TO FEDERAL RULE OF EVIDENCE 412(C); DECLARATION OF JILL W. BABINGTON**

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #3; NOTICE OF MOTION AND MOTION PURSUANT TO FEDERAL RULE OF EVIDENCE 412(C); DECLARATION OF JILL W. BABINGTON**

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #4; NOTICE OF MOTION AND MOTION PURSUANT TO FEDERAL RULE OF EVIDENCE 412(C); DECLARATION OF JILL W. BABINGTON**

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #5; DECLARATION OF JILL W. BABINGTON**

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #6**

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #7; DECLARATION OF JILL W. BABINGTON**

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #8**

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #9; DECLARATION OF JILL W. BABINGTON**

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #10**

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #11; NOTICE OF MOTION AND MOTION PURSUANT TO FEDERAL RULE OF EVIDENCE 412(C); DECLARATION OF JILL W. BABINGTON**

///

///

///

PROOF OF SERVICE OF DEFENDANT POLO'S OPPOSITIONS TO PLAINTIFF'S MOTIONS IN LIMINE

upon the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed to the following persons:

| | |
|---|---|
| Etan Z. Lorant, Esq.<br>LAW OFFICES OF ETAN Z. LORANT<br>5850 Canoga Avenue, Suite 400<br>Woodland Hills, CA  91367<br>Fax: (818) 990-5812 | Attorneys for Plaintiff<br>J.W. a minor, through her<br>guardian ad litem, MARK<br>WILSON |

**PERSONAL SERVICE**

__X__ I personally delivered the above-referenced documents to the offices of Etan Z. Lorant at the address listed above.

Executed on September 8, 2008, at Los Angeles, California.

**FEDERAL**

__X__ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Choijoo Bayarsaikhan    _____
                                    (Signature)

-3-

PROOF OF SERVICE OF DEFENDANT POLO'S OPPOSITIONS TO
PLAINTIFF'S MOTIONS IN LIMINE

Case 2:07-cv-06191-CAS-SH   Document 144   Filed 09/08/08   Page 4 of 4

1  upon the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed to the following persons:

2

3  Jeffrey Held, Esq.                                  Attorneys for Defendant
   LAW OFFICES OF ALAN E. WISOTSKY     CITY OF OXNARD
   300 Esplanade Drive
4  Suite 1500
   Oxnard, CA  93036
5  Fax:  (805) 278-0289

6  **BY MAIL**

7  __X__ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

8

9
           Executed on September 8, 2008, at Los Angeles, California.
10

11 **FEDERAL**

   __X__ I declare under penalty of perjury under the laws of the United States of
12       America that the above is true and correct.

13
   ___Linda Ramirez_____        _____(Signature)_____
14

- 4 -

PROOF OF SERVICE OF DEFENDANT POLO'S OPPOSITIONS TO
PLAINTIFF'S MOTIONS IN LIMINE