UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-6191-CAS(SHx) | Date | October 27, 2008 |
|---|---|---|---|
| Title | J.W., ETC.; ET AL. v. CITY OF OXNARD; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Etan Lorant<br>Yael Trock | Alan Wisotsky<br>Jeffrey Held<br>Jill Babington<br>Steven Rothans |

**Proceedings:**   PRETRIAL CONFERENCE

VARIOUS MOTIONS IN LIMINE

Hearing held in a closed courtroom and counsel are present. Tentative orders on the motions in limine provided. The Court confers with counsel regarding the various motions in limine and counsel argue. The Court will issue rulings on the motions in limine by separate orders. The Court further confers with counsel regarding the upcoming trial. The Court grants counsels' request to continue the trial to allow the parties' to return to the settlement judge for further settlement discussions. Therefore, the Court continues the Jury trial from November 12, 2008 to **January 13, 2009** at **9:30 A.M.** The Court confers with counsel regarding the proposed pretrial conference order and shall place it in the file not used. The Court orders counsel to submit a proposed amended pretrial conference order on or before December 8, 2008. The Court continues the Pretrial Conference to **December 15, 2008** at **11:00 A.M.** The Court orders the transcript of this hearing to be sealed.

| | 00 | : | 09 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |