# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-6191-CAS(SHx) | Date | December 15, 2008 |
|---|---|---|---|
| Title | J.W., ETC.; ET AL. v. CITY OF OXNARD; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Michele Murray | Margaret Babykin | N/A |
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Etan Lorant | Jeffrey Held |

**Proceedings:**   PRETRIAL CONFERENCE

Hearing held and counsel are present.  Court and counsel confer.  Parties are ordered to file a Motion for Minor's Compromise and Allocate Cost and Fees on or before **January 2, 2009**.  If no motion is filed then the **January 26, 2009** hearing will be a status conference.  The Court **VACATES** the January 13, 2009 jury trial.

|  | 00 | : | 04 |
|---|---|---|---|
| Initials of Preparer | | | mdm |